1  VADIM YEREMENKO, ESQ. (State Bar No.269804)
   vadimy@mamlaw.net
2  IMRAN A. RAHMAN, ESQ. (State Bar No. 308148)
   irahman@mamlaw.net                                            JS-6
3  ALEX K. HADJIAN, ESQ. (State Bar No. 327534)
   ahadjian@mamlaw.net
4  **MANCINI & ASSOCIATES**
   A Professional Law Corporation
5  15303 Ventura Boulevard, Suite 600
   Sherman Oaks, CA 91403
6
   Phone: (818) 783-5757
7  Fax:   (818)783-7710

8  Attorneys for Plaintiff **Lavaije Edwards**

9
   JAMES T. CONLEY, SBN 224174
10 james.conley@ogletree.com
   JILL L. SCHUBERT, SBN 305252
11 jill.schubert@ogletree.com
   Ogletree, Deakins, Nash,
12 Smoak & Stewart, P.C.
   500 Capitol Mall, Suite 2500
13 Sacramento, CA 95814

14 Telephone: 916-840-3150
   Facsimile: 916-840-3159
15

16 Attorneys for Defendant **WALMART INC.**

17
                   **UNITED STATES DISTRICT COURT**
18
                   **CENTRAL DISTRICT OF CALIFORNIA**
19

20
| LAVAIJE EDWARDS, | Case No. 2:20-cv-06746-RGK-JCx |
|---|---|
| Plaintiff, | |
| vs. | [Assigned for all purposes to the Hon. R. Gary Klausner, Courtroom 850] |
| WALMART INC.; and DOES 1 through 100, Inclusive, | [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |
| Defendants | |

26
27 ///
28 ///

---
                                    1
             **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that the above-entitled action is dismissed with prejudice.

Dated: April 6, 2021

_____
UNITED STATES DISTRICT JUDGE